UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -v.-                         :
                                     :  INDICTMENT
LUIS ALBERTO COLON,                  :
   a/k/a "Luis Alberto Colon Ortiz,"    08 Cr.         494
   a/k/a "Luis Colon-Ortiz,"         :
   a/k/a "Luis Alberto Colon Ortiz," :
   a/k/a "Alberto Colon-Ortiz,"      :
   a/k/a "Luis Alberto Colon-Ortiz," :
   a/k/a "Mario Palin,"              :
                Defendant.
                                     :
- - - - - - - - - - - - - - - - - - -x

                              COUNT ONE

        The Grand Jury charges:

        On or about February 29, 2004, in the Southern District of New York and elsewhere, LUIS ALBERTO COLON, a/k/a "Luis Alberto Colon Ortiz," a/k/a "Luis Colon-Ortiz," a/k/a "Luis Alberto Colon Ortiz," a/k/a "Alberto Colon-Ortiz," a/k/a "Luis Alberto Colon-Ortiz," a/k/a "Mario Palin," the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General and from custody under and by virtue of process issued under the laws of the United States by a court and judge, and such custody and confinement was by virtue of a conviction of an offense, to wit, COLON was confined at the Community Correction Center located at 2534 Creston Avenue in the

Bronx, New York pursuant to a judgment entered by the Honorable Bernard A. Friedman, United States District Judge for the Eastern District of Michigan, on or about May 13, 2002, and COLON failed to return to the Community Correction Center as required on February 29, 2004 or thereafter after he walked out of the facility.

(Title 18, United States Code, Sections 751 and 4082.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

LUIS ALBERTO COLON,
a/k/a "Luis Alberto Colon Ortiz," a/k/a
"Luis Colon-Ortiz," a/k/a "Luis Alberto
Colon Ortiz," a/k/a "Alberto Colon-
Ortiz," a/k/a "Luis Alberto Colon-Ortiz,"
a/k/a "Mario Palin,"

Defendant.

---

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

_____
         MICHAEL J. GARCIA
         United States Attorney.

A TRUE BILL

_____
                        Foreperson.

[handwritten: Indictment filed, case assigned to judge Hellerstein. J. Maas, USMJ]